UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**MELISSA SINDEBAND DRAGON, ET AL**
    Plaintiff(s)

v.                                       CIVIL ACTION NO. **19-10431-DJC**

**SWAMPSCOTT PUBLIC SCHOOLS, ET AL**
    Defendant(s)

## JUDGMENT IN A CIVIL CASE

CASPER, D.J.

☐ **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X **Decision by the Court**. In accordance with the Memorandum and Order dated June 23, 2020;

**IT IS ORDERED AND ADJUDGED**

Judgment for the defendants.

Robert M. Farrell, Clerk

Dated: June 24, 2020                            /s/ Lisa M. Hourihan
                                                                  ( By ) Deputy Clerk